# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140310 & (38)(39)(40)(41)(44)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TORANTIE G. HANKINS,
      Defendant-Appellant.

SC: 140310
COA: 291461
Wayne CC: 04-006770

_____/

      On order of the Court, the application for leave to appeal the November 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
                      Clerk

s0719